*man* and *George Trosk* for petitioners. *Robert A. B. Cook* for Welch et al., and *George B. Rowlings* and *R. Gaynor Wellings* for Rowlings, respondents.

No. 1277. IN RE CHOPAK. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Peyton Ford, Paul A. Sweeney* and *Harry I. Rand* filed a brief in opposition.

No. 1278. WOOTTEN *v.* WOOTTEN; and
No. 1279. WOOTTEN *v.* WOOTTEN. June 2, 1947. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *A. M. Fernandez* and *John E. Lyle, Jr.* for petitioner. *J. O. Seth* for respondents. Reported below: 159 F. 2d 567.

No. 1280. VAIL MANUFACTURING Co. *v.* NATIONAL LABOR RELATIONS BOARD. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Franklin D. Trueblood* for petitioner. *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien* and *Ruth Weyand* for respondent.

No. 1282. GOMILA *v.* UNITED STATES. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *L. E. Gwinn* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.